■ In the Matter of AISSATOU D., Appellant, v MAMADOU D., Respondent. [26 NYS3d 700]—

Order, Family Court, New York County (Fiordaliza A. Rodriguez, Special Ref.), entered on or about February 10, 2015, which, after a fact-finding hearing, dismissed petitioner mother's family offense petition, unanimously affirmed, without costs.

Family Court's determination that the mother failed to establish, by a fair preponderance of the evidence, that respondent father had committed acts warranting an order of protection, has a sound and substantial basis in the record (Matter of

*Everett C. v Oneida P.*, 61 AD3d 489, 489 [1st Dept 2009]; Family Ct Act § 812 [1]; Penal Law §§ 240.26 [3]; 240.30 [2]). Family Court's finding that the father's testimony was more credible than the mother's is entitled to great deference, and will not be disturbed on appeal (61 AD3d at 489). We have considered the mother's argument that she is entitled to a de novo review, and find it unavailing. Concur—Sweeny, J.P., Renwick, Moskowitz and Gische, JJ.